DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Email: Randy@depewgillen.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PENNY WINZER, as next friend of ) <br> LAVANDA LEE COLLINS ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE MAPLETON ANDOVER, LLC ) <br> ) <br> Defendant. ) <br> ) | Case No. |

### COMPLAINT

COMES NOW the plaintiff and for her cause of action against the defendant, alleges and states as follows:

1. The plaintiff's representative is a resident of Valley Center, Sedgwick County, Kansas. Her mother, the plaintiff Lavanda Collins, is 81 years of age and is suffering from Alzheimer's and consequent dementia and is unable to attend to her affairs.

2.       The defendant The Mapleton Andover, LLC is an assisted living center located at 1419 and 1513 West Central, Andover, KS.  The members of the LLC are all residents of the State of Utah.

3.       This action involves a dispute between citizens of different states and the amount in controversy is in excess of $75,000.  Accordingly, this Court's jurisdiction is invoked under 28 U.S.C. § 1332.  Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this judicial district.

4.       According to the defendant's website, "When it comes time to make a decision on care for you or your loved one, we understand that only the best will do. We take pride in "The Mapleton Way". It starts with well-designed homes, experienced staff, professional service partners, and state of the art technology and processes that enable you to feel confident you or your loved one will receive consistent, quality care."

5.       Unfortunately, it appears to the plaintiff's representative that "The Mapleton Way" is to hire staff that are neglectful of its residents and then refuse to cooperate with investigations arising out of injuries to its residents.

6.       Mrs. Collins became a resident of the defendant's facility on March 8, 2019.  The defendant was well aware that the plaintiff had a history of falls.

7. On the late afternoon of September 6, 2019, the plaintiff's representative was making her usual and customary daily visit to see her mother. As she approached her mother's room, Mrs. Winzer heard her mother crying out for help. Upon reaching the room, she found her mother sitting on the floor, yelling for help, having soiled herself. Apparently, the plaintiff needed to have a bowel movement and no one came when she "pushed the button." At the time, Ms. Collins was using a walker with assistance and because no one would answer her assistance buzzer, she attempted to go to the restroom herself.

8. Mrs. Winzer immediately pressed the assistance buzzer herself to get assistance. And again no one responded, so she attempted to find someone to help. She eventually found someone to help.

9. The defendant summoned a mobile X-ray and it was determined that the plaintiff had sustained a fractured tibia. She was placed in a brace and was to have no weight bearing for six weeks.

10. Weeks later, in the evening hours of October 26, 2019, Mrs. Winzer and her husband stopped by to visit her mother. Although she was still in a non-weight bearing status, Ms. Collins was in good spirits when they left her, and she was seated in her recliner.

11. The next morning, October 27, the defendant called Mrs. Winzer and told her that the plaintiff was complaining of extreme pain in her knee/leg and

was unable to assist them in moving her about. When Winzer arrived at the facility, the plaintiff indicated that she had fallen. Winzer applied ice on and off to her mother's femur for the next couple of days. An X-ray of the knee was negative.

12. On November 4, Mrs. Winzer called plaintiff's doctor and told him that Ms. Collins was still in considerable pain.

13. On November 5, the defendant's facility director, Kim Dobbins, approached Mrs. Winzer, who was at the facility visiting her mother. Dobbins had been in Florida on vacation. Dobbins noted the obvious–that plaintiff's leg was extremely swollen. Dobbins recommended a mobile X-ray.

14. The mobile X-ray revealed that the continuous pain the plaintiff was experiencing was the result of a severe femur fracture. The fracture made one leg four inches shorter than the other.

15. Mrs. Winzer called her mom's physician who instructed her to get her mother to Wesley Medical Center. According to her physician, one does not break a femur that badly without a fall. X-rays at Wesley on November 6, 2019 revealed a badly fractured and displaced femur as well as 5 fractured ribs.

16. The plaintiff had surgery on November 7 and was released from the hospital on November 11, 2019.

17. The plaintiff's daughter has made repeated attempts to find out what happened to her mother on the evening of October 26 after she left. After first promising several times to provide records about her mother to Mrs. Winzer's counsel, the defendant has ignored all inquiries from Mrs. Winzer or her counsel.

18. Ms. Collins is now in a wheel chair and will be there for the rest of her life. Her injuries have required her to be moved to a long term care facility. She has suffered greatly from her physical injuries inflicted by the defendant's careless and grossly wanton conduct. She has sustained substantial medical expenses currently in excess of $150,000.

WHEREFORE, the plaintiff respectfully prays for a judgment in excess of $75,000 for compensatory and punitive damages plus her costs, and any other and further relief as the Court might deem just or equitable.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st St. N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: randy@depewgillen.com
*Attorneys for Plaintiff*

## DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiff and designates Wichita, Kansas, as the place of the trial of this action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiff*

## REQUEST FOR JURY TRIAL

COMES NOW the plaintiff and respectfully requests a trial by jury with regard to the above-captioned action.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
*Attorneys for Plaintiff*